UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Timothy P Mcgowan; Holly Hazel Mcgowan; Perennial Nursery Incorporation**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:14-CV-00237-JAM-KJN <br><br> **STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated:   10/1/2014          /s/ John A. Mendez_____
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE